# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY TAMARA FARRIS,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | Case No. 1:19-cv-00025-JDP<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff Ashley Tamara Farris proceeds in this social security appeal represented by counsel. She seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. Plaintiff has submitted an affidavit that satisfies the requirements under Section 1915. *Id*. The court will therefore grant plaintiff leave to proceed to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security, as required. *See* Fed. R. Civ. P. (c)(3). The court has noted plaintiff's particularly difficult financial circumstances. Motions for extensions of time will be disfavored.

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court also orders service of process on defendant:

　i. The clerk must issue summons.

　ii. The United States Marshal Service must serve a copy of the complaint, summons, and this order on defendant.

　iii. Plaintiff must assist the marshal upon request.

1

iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated: January 25, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202.